# EXHIBIT B



US007314099B2

(12) **United States Patent** (10) Patent No.: **US 7,314,099 B2**
Dewey et al. (45) **Date of Patent:** **Jan. 1, 2008**

(54) **SELECTIVELY ACTUATABLE EXPANDABLE UNDERREAMER/STABLIZER**

(75) Inventors: **Charles H. Dewey**, Houston, TX (US);
**Wei Xu**, Houston, TX (US)

(73) Assignee: **Smith International, Inc.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/436,790**

(22) Filed: **May 18, 2006**

(65) **Prior Publication Data**

US 2006/0207797 A1 Sep. 21, 2006

**Related U.S. Application Data**

(60) Continuation of application No. 10/841,314, filed on May 7, 2004, now Pat. No. 7,048,078, which is a division of application No. 10/078,067, filed on Feb. 19, 2002, now Pat. No. 6,732,817.

(51) **Int. Cl.**
*E21B 10/32* (2006.01)

(52) **U.S. Cl.** ......................... **175/57**; 175/266; 175/269

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,224,507 A | 12/1965 | Cordary et al. | |
| 3,425,500 A | 2/1969 | Fuchs | |
| 4,055,226 A | 10/1977 | Weber | |
| 4,540,941 A * | 9/1985 | Walkow | .................... 324/221 |
| 4,660,657 A | 4/1987 | Furse et al. | |
| 4,848,490 A | 7/1989 | Anderson | |

| | | | |
|---|---|---|---|
| 5,014,780 A | 5/1991 | Skipper | |
| 5,060,736 A | 10/1991 | Neff | |
| 5,318,137 A | 6/1994 | Johnson et al. | |
| 5,318,138 A | 6/1994 | Dewey et al. | |
| 5,332,048 A | 7/1994 | Underwood et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

BE 09900163 12/2000

(Continued)

OTHER PUBLICATIONS

British Search Report Dated Jun. 6, 2003 for GB 0302983.2.

(Continued)

*Primary Examiner*—Zakiya W. Bates
(74) *Attorney, Agent, or Firm*—Conley Rose, P.C.

(57) **ABSTRACT**

An expandable downhole tool comprises a tubular body having an axial flowbore extending therethrough, at least one moveable arm, and a selectively actuatable sleeve that prevents or allows the at least one moveable arm to translate between a collapsed position and an expanded position. A method of expanding the downhole tool comprises disposing the downhole tool within the wellbore, biasing the at least one moveable arm to a collapsed position corresponding to an initial diameter of the downhole tool, flowing a fluid through an axial flowbore extending through the downhole tool while preventing the fluid from communicating with a different flowpath of the downhole tool, allowing the fluid to communicate with the different flowpath by introducing an actuator into the wellbore, and causing the at least one moveable arm to translate to an expanded position corresponding to an expanded diameter of the downhole tool.

**27 Claims, 8 Drawing Sheets**



**US 7,314,099 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,368,114 | A | 11/1994 | Tandberg et al. |
| 5,765,653 | A | 6/1998 | Doster et al. |
| 5,971,085 | A | 10/1999 | Colebrook |
| 6,039,131 | A | 3/2000 | Beaton |
| 6,059,051 | A | 5/2000 | Jewkes et al. |
| 6,213,226 | B1 | 4/2001 | Eppink et al. |
| 6,227,312 | B1 | 5/2001 | Eppink et al. |
| 6,269,893 | B1 | 8/2001 | Beaton et al. |
| 6,289,999 | B1 | 9/2001 | Dewey et al. |
| 6,360,831 | B1 | 3/2002 | Akesson et al. |
| 6,374,918 | B2 * | 4/2002 | Roberts et al. ............. 166/387 |
| 6,378,632 | B2 | 4/2002 | Dewey et al. |
| 6,494,272 | B1 | 12/2002 | Eppink et al. |
| 6,732,817 | B2 | 5/2004 | Dewey et al. |
| 2001/0047872 | A1 * | 12/2001 | Roberts et al. ............. 166/387 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 301 890 A3 | 2/1989 |
| EP | 0 594 420 A1 | 4/1994 |
| WO | 00/31371 | 6/2000 |

### OTHER PUBLICATIONS

French Preliminary Search Report Dated Feb. 4, 2005 for FR 0301965.

British Search Report Dated Dec. 16, 2005 for GB 0520289.0.

* cited by examiner



Fig. 2



Fig. 1



Fig. 6



Fig. 3

Fig. 4



Fig. 5



Fig. 7

Fig. 8

Fig. 9



Fig. 10



Fig. 11



Fig. 12

US 7,314,099 B2

**1**

# SELECTIVELY ACTUATABLE EXPANDABLE UNDERREAMER/STABLIZER

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation application of U.S. application Ser. No. 10/841,314, filed May 7, 2004, now U.S. Pat. No. 7,048,078, which is a divisional application of U.S. application Ser. No. 10/078,067, filed Feb. 19, 2002, now U.S. Pat. No. 6,732,817, both hereby incorporated herein by reference for all purposes.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## REFERENCE TO A MICROFICHE APPENDIX

Not applicable.

## FIELD OF THE INVENTION

The present disclosure relates generally to underreamers for enlarging a borehole below a restriction to result in a borehole that is larger than the restriction. The present disclosure also relates generally to stabilizers for stabilizing a drilling assembly within an underreamed portion of borehole. More particularly, the present disclosure relates to a selectively actuatable, expandable downhole tool that may function as an underreamer, or as a stabilizer, or as a combination thereof.

## BACKGROUND

In the drilling of oil and gas wells, concentric casing strings are installed and cemented in the borehole as drilling progresses to increasing depths. Each new casing string is supported within the previously installed casing string, thereby limiting the annular area available for the cementing operation. Further, as successively smaller diameter casing strings are suspended, the flow area for the production of oil and gas is reduced. Therefore, to increase the annular space for the cementing operation, and to increase the production flow area, it is often desirable to enlarge the borehole below the terminal end of the previously cased borehole. By enlarging the borehole, a larger annular area is provided for subsequently installing and cementing a larger casing string than would have been possible otherwise. Accordingly, by enlarging the borehole below the previously cased borehole, the bottom of the formation can be reached with comparatively larger diameter casing, thereby providing more flow area for the production of oil and gas.

Various methods have been devised for passing a drilling assembly through an existing cased borehole and enlarging the borehole below the casing. One such method is the use of an underreamer, which has basically two operative states—a closed or collapsed state, where the diameter of the tool is sufficiently small to allow the tool to pass through the existing cased borehole, and an open or partly expanded state, where one or more arms with cutters on the ends thereof extend from the body of the tool. In this latter position, the underreamer enlarges the borehole diameter as the tool is rotated and lowered in the borehole.

A "drilling type" underreamer is typically used in conjunction with a conventional pilot drill bit positioned below

**2**

or downstream of the underreamer. The pilot bit can drill the borehole at the same time as the underreamer enlarges the borehole formed by the bit. Underreamers of this type usually have hinged arms with roller cone cutters attached thereto. Most of the prior art underreamers utilize swing out cutter arms that are pivoted at an end opposite the cutting end of the cutting arms, and the cutter arms are actuated by mechanical or hydraulic forces acting on the arms to extend or retract them. Typical examples of these types of underreamers are found in U.S. Pat. Nos. 3,224,507; 3,425,500 and 4,055,226. In some designs, these pivoted arms tend to break during the drilling operation and must be removed or "fished" out of the borehole before the drilling operation can continue. The traditional underreamer tool typically has rotary cutter pocket recesses formed in the body for storing the retracted arms and roller cone cutters when the tool is in a closed state. The pocket recesses form large cavities in the underreamer body, which requires the removal of the structural metal forming the body, thereby compromising the strength and the hydraulic capacity of the underreamer. Accordingly, these prior art underreamers may not be capable of underreaming harder rock formations, or may have unacceptably slow rates of penetration, and they are not optimized for the high fluid flow rates required. The pocket recesses also tend to fill with debris from the drilling operation, which hinders collapsing of the arms. If the arms do not fully collapse, the drill string may easily hang up in the borehole when an attempt is made to remove the string from the borehole.

Conventional underreamers have several disadvantages, including cutting structures that are typically formed of sections of drill bits rather than being specifically designed for the underreaming function. Therefore, the cutting structures of most underreamers do not reliably underream the borehole to the desired diameter. A further disadvantage is that adjusting the expanded diameter of a conventional underreamer requires replacement of the cutting arms with larger or smaller arms, or replacement of other components of the underreamer tool. It may even be necessary to replace the underreamer altogether with one that provides a different expanded diameter. Another disadvantage is that many underreamers are designed to automatically expand when drilling fluid is pumped through the drill string, and no indication is provided at the surface that the underreamer is in the fully-expanded position. In some applications, it may be desirable for the operator to control when the underreamer expands.

Accordingly, it would be advantageous to provide an underreamer that is stronger than prior art underreamers, with a hydraulic capacity that is optimized for the high flowrate drilling environment. It would further be advantageous for such an underreamer to include several design features, namely cutting structures designed for the underreaming function, mechanisms for adjustment of the expanded diameter without requiring component changes, and the ability to provide indication at the surface when the underreamer is in the fully-expanded position. Moreover, in the presence of hydraulic pressure in the drill string, it would be advantageous to provide an underreamer that is selectively expandable.

Another method for enlarging a borehole below a previously cased borehole section includes using a winged reamer behind a conventional drill bit. In such an assembly, a conventional pilot drill bit is disposed at the lowermost end of the drilling assembly with a winged reamer disposed at some distance behind the drill bit. The winged reamer generally comprises a tubular body with one or more lon-

US 7,314,099 B2

**3**

gitudinally extending "wings" or blades projecting radially outwardly from the tubular body. Once the winged reamer has passed through any cased portions of the wellbore, the pilot bit rotates about the centerline of the drilling axis to drill a lower borehole on center in the desired trajectory of the well path, while the eccentric winged reamer follows the pilot bit and engages the formation to enlarge the pilot borehole to the desired diameter.

Yet another method for enlarging a borehole below a previously cased borehole section includes using a bi-center bit, which is a one-piece drilling structure that provides a combination underreamer and pilot bit. The pilot bit is disposed on the lowermost end of the drilling assembly, and the eccentric underreamer bit is disposed slightly above the pilot bit. Once the bi-center bit has passed through any cased portions of the wellbore, the pilot bit rotates about the centerline of the drilling axis and drills a pilot borehole on center in the desired trajectory of the well path, while the eccentric underreamer bit follows the pilot bit and engages the formation to enlarge the pilot borehole to the desired diameter. The diameter of the pilot bit is made as large as possible for stability while still being capable of passing through the cased borehole. Examples of bi-center bits may be found in U.S. Pat. Nos. 6,039,131 and 6,269,893.

As described above, winged reamers and bi-center bits each include underreamer portions that are eccentric. A number of disadvantages are associated with this design. First, before drilling can continue, cement and float equipment at the bottom of the lowermost casing string must be drilled out. However, the pass-through diameter of the drilling assembly at the eccentric underreamer portion barely fits within the lowermost casing string. Therefore, off-center drilling is required to drill out the cement and float equipment to ensure that the eccentric underreamer portions do not damage the casing. Accordingly, it is desirable to provide an underreamer that collapses while the drilling assembly is in the casing and that expands to underream the previously drilled borehole to the desired diameter below the casing.

Further, due to directional tendency problems, these eccentric underreamer portions have difficulty reliably underreaming the borehole to the desired diameter. With respect to a bi-center bit, the eccentric underreamer bit tends to cause the pilot bit to wobble and undesirably deviate off center, thereby pushing the pilot bit away from the preferred trajectory of drilling the well path. A similar problem is experienced with respect to winged reamers, which only underream the borehole to the desired diameter if the pilot bit remains centralized in the borehole during drilling. Accordingly, it is desirable to provide an underreamer that remains concentrically disposed in the borehole while underreaming the previously drilled borehole to the desired diameter.

In drilling operations, it is conventional to employ a tool known as a "stabilizer." In standard boreholes, traditional stabilizers are located in the drilling assembly behind the drill bit for controlling the trajectory of the drill bit as drilling progresses. Traditional stabilizers control drilling in a desired direction, whether the direction is along a straight borehole or a deviated borehole.

In a conventional rotary drilling assembly, a drill bit may be mounted onto a lower stabilizer, which is disposed approximately 5 feet above the bit. Typically the lower stabilizer is a fixed blade stabilizer that includes a plurality of concentric blades extending radially outwardly and spaced azimuthally around the circumference of the stabilizer housing. The outer edges of the blades are adapted to

**4**

contact the wall of the existing cased borehole, thereby defining the maximum stabilizer diameter that will pass through the casing. A plurality of drill collars extends between the lower stabilizer and other stabilizers in the drilling assembly. An upper stabilizer is typically positioned in the drill string approximately 30-60 feet above the lower stabilizer. There could also be additional stabilizers above the upper stabilizer. The upper stabilizer may be either a fixed blade stabilizer or, more recently, an adjustable blade stabilizer that allows the blades to be collapsed into the housing as the drilling assembly passes through the casing and then expanded in the borehole below. One type of adjustable concentric stabilizer is manufactured by Andergauge U.S.A., Inc., Spring, Tex. and is described in U.S. Pat. No. 4,848,490. Another type of adjustable concentric stabilizer is manufactured by Halliburton, Houston, Texas and is described in U.S. Pat. Nos. 5,318,137; 5,318,138; and 5,332,048.

In operation, if only the lower stabilizer was provided, a "fulcrum" type assembly would be present because the lower stabilizer acts as a fulcrum or pivot point for the bit. Namely, as drilling progresses in a deviated borehole, for example, the weight of the drill collars behind the lower stabilizer forces the stabilizer to push against the lower side of the borehole, thereby creating a fulcrum or pivot point for the drill bit. Accordingly, the drill bit tends to be lifted upwardly at an angle, i.e. build angle. Therefore, a second stabilizer is provided to offset the fulcrum effect. Namely, as the drill bit builds angle due to the fulcrum effect created by the lower stabilizer, the upper stabilizer engages the lower side of the borehole, thereby causing the longitudinal axis of the bit to pivot downwardly so as to drop angle. A radial change of the blades of the upper stabilizer can control the pivoting of the bit on the lower stabilizer, thereby providing a two-dimensional, gravity based steerable system to control the build or drop angle of the drilled borehole as desired.

When an underreamer or a winged reamer tool is operating behind a conventional bit to underream the borehole, that tool provides the same fulcrum effect to the bit as the lower stabilizer in a standard borehole. Similarly, when underreaming a borehole with a bi-center bit, the eccentric underreamer bit provides the same fulcrum effect as the lower stabilizer in a standard borehole. Accordingly, in a drilling assembly employing an underreamer, winged reamer, or a bi-center bit, a lower stabilizer is not typically provided. However, to offset the fulcrum effect imparted by to the drill bit, it would be advantageous to provide an upper stabilizer capable of controlling the inclination of the drilling assembly in the underreamed section of borehole.

In particular, it would be advantageous to provide an upper stabilizer that engages the wall of the underreamed borehole to keep the centerline of the pilot bit centered within the borehole. When utilized with an eccentric underreamer that tends to force the pilot bit off center, the stabilizer blades would preferably engage the opposite side of the expanded borehole to counter that force and keep the pilot bit on center.

SUMMARY OF THE INVENTION

In various embodiments, a downhole expandable tool may be used as an underreamer to enlarge the diameter of a borehole below a restriction, or may be used as a stabilizer to control the directional tendencies of a drilling assembly in an underreamed borehole.

In one aspect, the present disclosure relates to an expandable downhole tool for use within a wellbore comprising a

US 7,314,099 B2

5

tubular body having an axial flowbore extending there-through, at least one moveable arm, and a selectively actuatable sleeve that prevents or allows the at least one moveable arm to translate between a collapsed position and an expanded position. In various embodiments, the tool further comprises, a structure for adjusting the expanded position, at least one nozzle that translates with the at least one moveable arm, a spring to bias the at least one moveable arm to the collapsed position, at least one axial recess for storing the at least one moveable arm in the collapsed position, or a piston that translates the at least one moveable arm from the collapsed position to the expanded position. In an embodiment, the at least one moveable arm comprises a plurality of moveable arms spaced apart circumferentially around the tool body.

The at least one moveable arm may engage the wellbore in the expanded position, and in various embodiments, the at least one moveable arm may include at least one set of cutting structures for underreaming the wellbore in the expanded position, or at least one wear structure for stabilizing the drilling assembly within the wellbore. In various embodiments, the at least one moveable arm may provide back reaming capability or gauge protection capability. The at least one moveable arm may also translate axially and radially.

In an embodiment, the sleeve is biased to a first position that prevents fluid communication between a chamber and the flowbore, and the at least one moveable arm may be prevented from translating between the collapsed position and the expanded position when the sleeve is biased to the first position. The sleeve may be selectively actuatable to a second position that allows fluid communication between the chamber and the flowbore, and the at least one moveable arm may be translatable between the collapsed position and the expanded position when the sleeve is in the second position. In an embodiment, the tool further includes an actuator for selectively actuating the sleeve.

The body may comprise a plurality of angled channels, and in an embodiment, the at least one moveable arm comprises a plurality of extensions corresponding to and engaging the plurality of angled channels. The tool may further comprise at least one borehole engaging pad comprising wear structures.

In another aspect, the present disclosure relates to a method of expanding a downhole tool within a wellbore comprising disposing the downhole tool comprising at least one moveable arm within the wellbore, biasing the at least one moveable arm to a collapsed position corresponding to an initial diameter of the downhole tool, flowing a fluid through an axial flowbore extending through the downhole tool while preventing the fluid from communicating with a different flowpath of the downhole tool, allowing the fluid to communicate with the different flowpath by introducing an actuator into the wellbore, and causing the at least one moveable arm to translate to an expanded position corresponding to an expanded diameter of the downhole tool. In various embodiments, the method further comprises underreaming the wellbore in the expanded position, or stabilizing a drilling assembly connected to the downhole tool in the expanded position. The different flowpath may comprise a chamber in communication with a piston engaging the at least one moveable arm; and translating the at least one moveable arm to the expanded position may comprise translating the piston when the fluid communicates with the chamber. In an embodiment, the method further comprises adjusting the expanded diameter.

6

In yet another aspect, the present disclosure relates to an expandable downhole tool for use within a wellbore comprising a tubular body, and at least one moveable arm, wherein the expandable downhole tool is selectively actuatable to allow or prevent the at least one moveable arm to translate between a collapsed position and an expanded position in response to a fluid flowing through the tubular body.

Thus, the present invention comprises a combination of features and advantages that enable it to overcome various problems of prior devices. The various characteristics described above, as well as other features, will be readily apparent to those skilled in the art upon reading the following detailed description of the preferred embodiments of the invention, and by referring to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more detailed description of the preferred embodiment of the present invention, reference will now be made to the accompanying drawings, wherein:

FIG. 1 is a schematic, cross-sectional view of an exemplary drilling assembly that employs one embodiment of the invention and that includes a conventional drill bit drilling a borehole within a formation, an underreamer enlarging the borehole above the bit, and a stabilizer above the underreamer controlling the directional tendencies of the drilling assembly in the underreamed borehole;

FIG. 2 is a schematic, cross-sectional view of another exemplary drilling assembly that employs one embodiment of the invention and that includes a conventional drill bit drilling a borehole within a formation, a winged reamer enlarging the borehole above the bit, and a stabilizer above the winged reamer controlling the directional tendencies of the drilling assembly in the underreamed borehole;

FIG. 3 is a schematic, cross-sectional view of still another exemplary drilling assembly that employs one embodiment of the invention and that includes a bi-center bit drilling and enlarging a borehole within a formation, and a stabilizer above the bi-center bit controlling the directional tendencies of the drilling assembly in the underreamed borehole;

FIG. 4 is a cross-sectional elevation view of one embodiment of the expandable tool of the present invention, showing the moveable arms in the collapsed position;

FIG. 5 is a cross-sectional elevation view of the expandable tool of FIG. 4, showing the moveable arms in the expanded position;

FIG. 6 is a perspective view of a "blank" arm for the expandable tool of FIG. 4;

FIG. 7 is a top view of an exemplary arm for the expandable tool of FIG. 4 including a wear pad and cutting structures for back reaming and underreaming;

FIG. 8 is a side elevation view of the arm of FIG. 7;

FIG. 9 is a perspective view of the arm of FIG. 7;

FIG. 10 is a perspective view of the drive ring of the expandable tool of FIG. 4;

FIG. 11 is a cross-sectional elevation view of an alternative embodiment of the expandable tool of the present invention, showing the moveable arms in the collapsed position; and

FIG. 12 is a cross-sectional elevation view of the alternative embodiment of FIG. 11, showing the moveable arms in the expanded position.

US 7,314,099 B2

7

## NOTATION AND NOMENCLATURE

Certain terms are used throughout the following description and claims to refer to particular assembly components. This document does not intend to distinguish between components that differ in name but not function. In the following discussion and in the claims, the terms "including" and "comprising" are used in an open-ended fashion, and thus should be interpreted to mean "including, but not limited to . . . ".

## DETAILED DESCRIPTION

The present invention relates to methods and apparatus for underreaming to enlarge a borehole below a restriction, such as casing. Alternatively, the present invention relates to methods and apparatus for stabilizing a drilling assembly and thereby controlling the directional tendencies of the drilling assembly within an enlarged borehole. The present invention is susceptible to embodiments of different forms. There are shown in the drawings, and herein will be described in detail, specific embodiments of the present invention with the understanding that the disclosure is to be considered as an exemplification of the principles of the invention, and is not intended to limit the invention to that illustrated and described herein.

In particular, various embodiments of the present invention provide a number of different constructions and methods of operation. Each of the various embodiments of the present invention may be used to enlarge a borehole, or to provide stabilization in a previously enlarged borehole, or in a borehole that is simultaneously being enlarged. The preferred embodiments of the expandable tool of the present invention may be utilized as an underreamer, or as a stabilizer behind a bi-center bit, or as a stabilizer behind a winged reamer or underreamer following a conventional bit. The embodiments of the present invention also provide a plurality of methods for use in a drilling assembly. It is to be fully recognized that the different teachings of the embodiments disclosed herein may be employed separately or in any suitable combination to produce desired results.

It should be appreciated that the expandable tool described with respect to the Figures that follow may be used in many different drilling assemblies. The following exemplary systems provide only some of the representative assemblies within which the present invention may be used, but these should not be considered the only assemblies. In particular, the preferred embodiments of the expandable tool of the present invention may be used in any assembly requiring an expandable underreamer and/or stabilizer for use in controlling the directional tendencies of a drilling assembly in an expanded borehole.

FIGS. 1-3 show various exemplary drilling assemblies within which the preferred embodiments of the present invention may be utilized. Referring initially to FIG. 1, a section of a drilling assembly generally designated as 100 is shown drilling into the bottom of a formation 10 with a conventional drill bit 110 followed by an underreamer 120. Separated from the underreamer 120 by one or more drill collars 130 is a stabilizer 150 that controls the directional tendencies of the drilling assembly 100 in the underreamed borehole 25. This section of the drilling assembly 100 is shown at the bottom of formation 10 drilling a borehole 20 with the conventional drill bit 110, while the underreamer cutting arms 125 are simultaneously opening a larger diameter borehole 25 above. The drilling assembly 100 is operating below any cased portions of the well.

8

As described previously, the underreamer 120 tends to provide a fulcrum or pivot effect to the drill bit 110, thereby requiring a stabilizer 150 to offset this effect. In the preferred embodiment of the drilling assembly 100, various embodiments of the expandable tool of the present invention are provided in the positions of both the underreamer 120 and the stabilizer 150. In the most preferred embodiment, the stabilizer 150 would also preferably include cutting structures to ensure that the larger borehole 25 is enlarged to the proper diameter. However, any conventional underreamer may alternatively be utilized with one embodiment of the present invention provided in the position of stabilizer 150 in the drilling assembly 100. Further, one embodiment of the present invention may be utilized in the position of underreamer 120, and a conventional stabilizer may be utilized in the position of stabilizer 150.

Referring now to FIG. 2, where like numerals represent like components, a drilling assembly 200 is shown disposed within formation 10, below any cased sections of the well. The drilling assembly 200 is drilling a borehole 20 utilizing a conventional drill bit 110 followed by a winged reamer 220. The winged reamer 220 may be separated from the drill bit 110 by one or more drill collars 130, but preferably the winged reamer 220 is connected directly above the drill bit 110. Upstream of the winged reamer 220, separated by one or more drill collars 130, is a stabilizer 150 that controls the directional tendencies of the drilling assembly 200 in the underreamed borehole 25. The drill bit 110 is shown at the bottom of the formation 10 drilling a borehole 20, while the wing component 225 of the winged reamer 220 is simultaneously opening a larger diameter borehole 25 above. In the preferred assembly 200, a preferred embodiment of the present invention would be located in the position of stabilizer 150. In a most preferred assembly 200, the stabilizer 150 would also include cutting structures to ensure that the larger borehole 25 is enlarged to the proper diameter.

Referring to FIG. 3, where like numerals represent like components, again a drilling assembly 300 is shown disposed within formation 10, below any cased sections of the well. The drilling assembly 300 utilizes a bi-center bit 320 that includes a pilot bit 310 and an eccentric underreamer bit 325. As the pilot bit 310 drills the borehole 20, the eccentric underreamer bit 325 opens a larger diameter borehole 25 above. The bi-center bit 320 is separated by one or more drill collars 130 from a stabilizer 150 designed to control the directional tendencies of the bi-center bit 320 in the underreamed borehole 25. Again, the function of the stabilizer 150 is to offset the fulcrum or pivot effect created by the eccentric underreamer bit 325 to ensure that the pilot bit 310 stays centered as it drills the borehole 20. In the preferred embodiment of the drilling assembly 300, one embodiment of the expandable tool of the present invention would be located in the position of stabilizer 150. In a most preferred assembly 300, the stabilizer 150 would also include cutting structures to ensure that the larger borehole 25 is enlarged to the proper diameter.

Referring now to FIGS. 4 and 5, one embodiment of the expandable tool of the present invention, generally designated as 500, is shown in a collapsed position in FIG. 4 and in an expanded position in FIG. 5. The expandable tool 500 comprises a generally cylindrical tool body 510 with a flowbore 508 extending therethrough. The tool body 510 includes upper 514 and lower 512 connection portions for connecting the tool 500 into a drilling assembly. In approximately the axial center of the tool body 510, one or more pocket recesses 516 are formed in the body 510 and spaced apart azimuthally around the circumference of the body 510.

US 7,314,099 B2

9                                                         10

The one or more recesses **516** accommodate the axial movement of several components of the tool **500** that move up or down within the pocket recesses **516**, including one or more moveable, non-pivotable tool arms **520**. Each recess **516** stores one moveable arm **520** in the collapsed position. The preferred embodiment of the expandable tool includes three moveable arms **520** disposed within three pocket recesses **516**. In the discussion that follows, the one or more recesses **516** and the one or more arms **520** may be referred to in the plural form, i.e. recesses **516** and arms **520**. Nevertheless, it should be appreciated that the scope of the present invention also comprises one recess **516** and one arm **520**.

The recesses **516** further include angled channels **518** that provide a drive mechanism for the moveable tool arms **520** to move axially upwardly and radially outwardly into the expanded position of FIG. **5**. A biasing spring **540** is preferably including to bias the arms **520** to the collapsed position of FIG. **4**. The biasing spring **540** is disposed within a spring cavity **545** and covered by a spring retainer **550**. Retainer **550** is locked in position by an upper cap **555**. A stop ring **544** is provided at the lower end of spring **540** to keep the spring **540** in position.

Below the moveable arms **520**, a drive ring **570** is provided that includes one or more nozzles **575**. An actuating piston **530** that forms a piston cavity **535**, engages the drive ring **570**. A drive ring block **572** connects the piston **530** to the drive ring **570** via bolt **574**. The piston **530** is adapted to move axially in the pocket recesses **516**. A lower cap **580** provides a lower stop for the axial movement of the piston **530**. An inner mandrel **560** is the innermost component within the tool **500**, and it slidingly engages a lower retainer **590** at **592**. The lower retainer **590** includes ports **595** that allow drilling fluid to flow from the flowbore **508** into the piston chamber **535** to actuate the piston **530**.

A threaded connection is provided at **556** between the upper cap **555** and the inner mandrel **560** and at **558** between the upper cap **555** and body **510**. The upper cap **555** sealingly engages the body **510** at **505**, and sealingly engages the inner mandrel **560** at **562** and **564**. A wrench slot **554** is provided between the upper cap **555** and the spring retainer **550**, which provides room for a wrench to be inserted to adjust the position of the spring retainer **550** in the body **510**. Spring retainer **550** connects at **551** via threads to the body **510**. Towards the lower end of the spring retainer **550**, a bore **552** is provided through which a bar can be placed to prevent rotation of the spring retainer **550** during assembly. For safety purposes, a spring cover **542** is bolted at **546** to the stop ring **544**. The spring cover **542** prevents personnel from incurring injury during assembly and testing of the tool **500**.

The moveable arms **520** include pads **522**, **524**, and **526** with structures **700**, **800** that engage the borehole when the arms **520** are expanded outwardly to the expanded position of the tool **500** shown in FIG. **5**. Below the arms **520**, the piston **530** sealingly engages the inner mandrel **560** at **566**, and sealingly engages the body **510** at **534**. The lower cap **580** is threadingly connected to the body and to the lower retainer **590** at **582**, **584**, respectively. A sealing engagement is also provided at **586** between the lower cap **580** and the body **510**. The lower cap **580** provides a stop for the piston **530** to control the collapsed diameter of the tool **500**.

Several components are provided for assembly rather than for functional purposes. For example, the drive ring **570** is coupled to the piston **530**, and then the drive ring block **572** is boltingly connected at **574** to prevent the drive ring **570** and the piston **530** from translating axially relative to one

another. The drive ring block **572**, therefore, provides a locking connection between the drive ring **570** and the piston **530**.

FIG. **5** depicts the tool **500** with the moveable arms **520** in the maximum expanded position, extending radially outwardly from the body **510**. Once the tool **500** is in the borehole, it is only expandable to one position. Therefore, the tool **500** has two operational positions—namely a collapsed position as shown in FIG. **4** or an expanded position as shown in FIG. **5**. However, the spring retainer **550**, which is a threaded sleeve, can be adjusted at the surface to limit the full diameter expansion of arms **520**. The spring retainer **550** compresses the biasing spring **540** when the tool **500** is collapsed, and the position of the spring retainer **550** determines the amount of expansion of the arms **520**. The spring retainer **550** is adjusted by a wrench in the wrench slot **554** that rotates the spring retainer **550** axially downwardly or upwardly with respect to the body **510** at threads **551**. The upper cap **555** is also a threaded component that locks the spring retainer **550** once it has been positioned. Accordingly, one advantage of the present tool is the ability to adjust at the surface the expanded diameter of the tool **500**. Unlike conventional underreamer tools, this adjustment can be made without replacing any components of the tool **500**.

In the expanded position shown in FIG. **5**, the arms **520** will either underream the borehole or stabilize the drilling assembly, depending upon how the pads **522**, **524** and **526** are configured. In the configuration of FIGS. **5**, cutting structures **700** on pads **526** would underream the borehole. Wear buttons **800** on pads **522** and **524** would provide gauge protection as the underreaming progresses. Hydraulic force causes the arms **520** to expand outwardly to the position shown in FIG. **5** due to the differential pressure of the drilling fluid between the flowbore **508** and the annulus **22**.

The drilling fluid flows along path **605**, through ports **595** in the lower retainer **590**, along path **610** into the piston chamber **535**. The differential pressure between the fluid in the flowbore **508** and the fluid in the borehole annulus **22** surrounding tool **500** causes the piston **530** to move axially upwardly from the position shown in FIG. **4** to the position shown in FIG. **5**. A small amount of flow can move through the piston chamber **535** and through nozzles **575** to the annulus **22** as the tool **500** starts to expand. As the piston **530** moves axially upwardly in pocket recesses **516**, the piston **530** engages the drive ring **570**, thereby causing the drive ring **570** to move axially upwardly against the moveable arms **520**. The arms **520** will move axially upwardly in pocket recesses **516** and also radially outwardly as the arms **520** travel in channels **518** disposed in the body **510**. In the expanded position, the flow continues along paths **605**, **610** and out into the annulus **22** through nozzles **575**. Because the nozzles **575** are part of the drive ring **570**, they move axially with the arms **520**. Accordingly, these nozzles **575** are optimally positioned to continuously provide cleaning and cooling to the cutting structures **700** disposed on surface **526** as fluid exits to the annulus **22** along flow path **620**.

The underreamer tool **500** of the one embodiment of the present invention solves the problems experienced with bi-center bits and winged reamers because it is designed to remain concentrically disposed within the borehole. In particular, the tool **500** of the present invention preferably includes three extendable arms **520** spaced apart circumferentially at the same axial location on the tool **510**. In the preferred embodiment, the circumferential spacing would be 120° apart. This three arm design provides a full gauge underreaming tool **500** that remains centralized in the borehole at all times.

US 7,314,099 B2

**11**

Another feature of the preferred embodiments of the present invention is the ability of the tool **500** to provide hydraulic indication at the surface, thereby informing the operator whether the tool is in the contracted position shown in FIG. **4**, or the expanded position shown in FIG. **5**. Namely, in the contracted position, the flow area within piston chamber **535** is smaller than the flow area within piston chamber **535** when the tool **500** is in the expanded position shown in FIG. **5**. Therefore, in the expanded position, the flow area in chamber **535** is larger, providing a greater flow area between the flowbore **508** and the wellbore annulus **22**. In response, pressure at the surface will decrease as compared to the pressure at the surface when the tool **500** is contracted. This decrease in pressure indicates that the tool **500** is expanded.

FIGS. **6-10** provide more detail regarding the moveable arms **520** and drive ring **570** of FIGS. **4** and **5**. FIG. **6** shows a "blank" arm **520** with no cutting structures or stabilizing structures attached to pads **522**, **524**, **526**. The arm **520** is shown in isometric view to depict a top surface **521**, a bottom surface **527**, a front surface **665**, a back surface **660**, and a side surface **528**. The top surface **521** and the bottom surface **527** are preferably angled, as described in more detail below. The arm **520** preferably includes two upper pads **522**, one middle pad **524**, and two lower pads **526** disposed on the front surface **665** of the arm **520**. The arm **520** also includes extensions **650** disposed along each side **528** of arm **520**. The extensions **650** preferably extend upwardly at an angle from the bottom **527** of the arm **520** towards pads **522**, **524** and **526**. The extensions **650** protrude outwardly from the arm **520** to fit within corresponding channels **518** in the pocket recess **516** of the tool body **510**, as shown in FIGS. **4** and **5**. The interconnection between the arm extensions **650** and the body channels **518** increases the surface area of contact between the moveable arms **520** and the tool body **510**, thereby providing a more robust expandable tool **500** as compared to prior art tools. The arm **520** depicted in FIG. **6** is a blank version of either an underreamer cutting arm or a stabilizer arm. By changing the structures disposed on pads **522**, **524** and **526**, the tool **500** is converted from an underreamer to a stabilizer or vice versa, or to a combination underreamer/stabilizer.

Referring now to FIGS. **7**, **8** and **9**, an exemplary arm **520** is shown that includes two sets of cutting structures **700**, **710**. FIG. **7** depicts the arm **520** from a top perspective, FIG. **8** provides an elevational side view, and FIG. **9** shows an isometric perspective. The top surface **521** and the bottom surface **527** of the arm **520** are preferably angled in the same direction as best shown in FIG. **7**. These surfaces **521**, **527** are designed to prevent the arm **520** from vibrating when pads **522**, **524** and **526** engage the borehole. Namely, when pads **522**, **524** and **526** engage the borehole, the arms **520** are held in compression by the piston **530**. The angled top surface **521** and the angled bottom surface **527** bias the arms **520** to the trailing side of the pocket recesses **516** to minimize vibration.

In the top view of FIG. **7**, pads **522** comprise cutting structures **710** such that the arm **520** provides back reaming capabilities. Back reaming is pulling the tool **500** upwardly in the borehole while underreaming. Pad **524** is preferably covered with wear buttons **800** that provide a stabilizing and gauge protection function. Pads **526** comprise cutting structures **700** for underreaming. In the side view of FIG. **8**, the extensions **650** that fit within channels **518** of the body **510** are shown extending upwardly at an angle along the side **528**

**12**

from the back surface **660** of the arm **520** towards pads **522**, **524** and **526**. FIG. **9** shows the same arm **520** in isometric view.

To change the arm **520** shown in FIGS. **7**, **8**, and **9** from a back reaming and underreaming arm to simply an underreaming arm, the back reaming cutting structures **710** would be replaced with wear buttons, such as buttons **800**. This configuration would result in the underreaming arm **520** shown in FIGS. **4** and **5**. Modifying the tool **500** from an underreamer to a stabilizer simply requires providing stabilizing structures on all of the pads **522**, **524** and **526**. As a stabilizer, surfaces **522**, **524**, and **526** would be covered with a dense plurality of wear buttons **800** without any cutting structures. The preferred material for the wear buttons **800** is a tungsten carbide or diamond material, which provides good wear capabilities. In an alternative embodiment, the pads **522**, **524**, and **526** may be coated with a hardened material called TCI 300H hardfacing.

Accordingly, the pads **522**, **524**, **526** could comprise a variety of structures and configurations utilizing a variety of different materials. When the tool is used in an underreaming function, a variety of different cutting structures **700** could be provided on surfaces **526**, depending upon the formation characteristics. Preferably, the cutting structures **700**, **710** for underreaming and back reaming, respectively, are specially designed for the particular cutting function. More preferably, the cutting structures **700**, **710** comprise the cutting structures disclosed and claimed in co-pending U.S. patent application Ser. No. 09/924,961, filed Aug. 8, 2001, entitled "Advanced Expandable Reaming Tool," assigned to Smith International, Inc., which is hereby incorporated herein by reference.

Referring now to FIG. **10**, additional advantages of the preferred embodiments of the present invention are provided by the one or more nozzles **575** disposed in the drive ring **570**. The underreamer/stabilizer of the preferred embodiments of the present invention preferably includes three moveable arms **520** spaced apart circumferentially at the same axial location along the tool body **510**. In the preferred embodiment, the three moveable arms **520** are spaced 120° circumferentially. This arrangement of the arms **520** is preferred to centralize the tool **500** in the borehole. The drive ring **570** is moveable with the arms **520** and preferably includes three extended portions **576** spaced 120° circumferentially with angled nozzles **575** therethrough that are designed to direct drilling fluid to the cutting structures **700** of the underreamer at surfaces **526**. The boreholes **578** in the extended portions **576** adjacent nozzles **575** accept bolts **574** to connect the drive ring **570** to the drive ring block **572** and piston **530**. An aperture **571** is disposed through the center of the drive ring **570** to enable a connection to the piston **530**. Because the drive ring **570** is connected to the piston **530**, it moves with the piston **530** to push the moveable arms **520** axially upwardly and outwardly along the channels **518** to the expanded position. Accordingly, because drive ring **570** moves with the arms **520**, the nozzles **575** continuously provide drilling fluid to the cutting structures **700** on the underreamer surfaces **526**. The nozzles **575** are optimally placed to move with and follow the cutting structures **700** and thereby assure that the cutters **700** are properly cleaned and cooled at all times.

FIGS. **11** and **12** depict a second embodiment of the present invention, generally designated as **900**, in the collapsed and expanded positions, respectively. Many components of tool **900** are the same as the components of embodiment **500**, and those components maintain the same reference numerals. There are, however, several differences.

**13**

The inner mandrel **560** of the first embodiment tool **500** is replaced by a stinger assembly **910**, preferably comprising an upper inner mandrel **912**, a middle inner mandrel **914**, and a lower inner mandrel **916**. The lower inner mandrel **916** includes ports **920** that must align with ports **595** in the lower retainer **590** before fluid can enter piston chamber **535** to actuate the piston **530**. As shown in FIG. **11**, fluid flows through the flowbore **508** of tool **900**, along pathway **605** depicted by the arrows. Because the ports **920** of the lower inner mandrel **916** do not align with the ports **595** of the lower retainer **590**, the fluid continues flowing along path **605**, past ports **595**, down through the tool **900**.

The tool **900** is selectively actuated utilizing an actuator (not shown), which aligns the ports **920** with the ports **595** to enable the expandable tool to move from the contracted position shown in FIG. **11** to the expanded position shown in FIG. **12**. Below lower inner mandrel **916**, a bottom spring **930** is disposed within a bottom spring chamber **935** and held within the body **510** by a bottom spring retainer **950**. Bottom spring retainer **950** threadingly connects at **952** to the lower retainer **590**. The spring **930** biases the stinger assembly **910** upwardly such that stinger **910** must be forced downwardly by an actuator to overcome the force of bottom spring **930**. By moving the stinger **910** downwardly, the ports **920** disposed circumferentially around the bottom of lower inner mandrel **916** align with the ports **595** of lower retainer **590** that lead into piston chamber **535**.

FIG. **12** shows the tool **900** in an expanded position. In this position, drilling fluid flows through the flowbore **508**, along pathway **605**. However, because stinger **910** has been actuated downwardly against the force of bottom spring **930** by an actuator, the ports **920** in lower inner mandrel **916** now align with ports **595** in the lower retainer **590**. Therefore, when the drilling fluid proceeds downwardly along flow path **605** through the flowbore **508** to reach ports **920**, it will flow through ports **920**, **595** and into the piston chamber **535** as depicted by flow arrows **610**.

Due to the differential pressure between the flowbore **508** and the wellbore annulus **22** surrounding tool **900**, the fluid flowing along pathway **610** will actuate the piston **530** upwardly against the force of spring **540**. The piston **530** will push the drive ring **570**, which will push the arms **520** axially upwardly and outwardly as the extensions **650** on the arms **520** move along channels **518** in the body **510**. Once the fluid flows through the nozzles **575** in the drive ring **570**, it exits at an angle along pathway **620** to cool and clean the cutting structures **700** disposed on surfaces **526** that underream the borehole. Accordingly, the second embodiment tool of FIGS. **11** and **12** is capable of being selectively actuated. Namely, by engaging the upper surface **975** of stinger **910** with an actuator, the tool **900** can be selectively actuated at the election of the operator to align the ports **920** and **595**. The preferred actuator is the flow switch described and claimed in U.S. Pat. No. 6,289,999 entitled "Fluid Flow Control Devices and Methods for Selective Actuation of Valves and Hydraulic Drilling Tools," hereby incorporated herein by reference.

Referring again to FIGS. **11** and **12**, typically a gap is provided between the upper end **975** of the stinger **910** and the actuator when the tool is in the collapsed position. That gap length must be maintained to ensure that actuation occurs only when it is meant to occur. Accordingly, upper inner mandrel **912** may include an adjustment ring portion **918**, which is just a spacer ring that makes up any discrepancies in the area between the upper inner mandrel **912** and the middle inner mandrel **914** such that the appropriate gap dimension can be maintained.

**14**

As one of ordinary skill in the art will readily appreciate, any actuating mechanism can be utilized to selectively actuate the tool **900** of FIGS. **11** and **12**. However, the preferred flow switch provides the advantage of additional hydraulic indications to the surface, in addition to the pressure indications provided by the increased flow area in the piston chamber **535** when the tool **900** is in the expanded position of FIG. **12**. Namely, the preferred flow switch includes an uplink pulser capable of providing position and status information to the surface via mud pulse telemetry. Accordingly, the preferred embodiment comprises the tool **900** of FIGS. **11** and **12**, and more preferably comprises the tool **900** in combination with the referenced flow switch.

In operation, an expandable tool **500** or **900** is lowered through casing in the collapsed position shown in FIGS. **4** and **11**, respectively. The first embodiment of the tool **500** would then be expanded automatically when drilling fluid flows through flowbore **508**, and the second embodiment of the tool **900** would be expanded only after selectively actuating the tool **900**. Whether the selective actuation feature is present or not, the tools **500**, **900** expand due to differential pressure between the flow bore **508** and the wellbore annulus **22** acting on the piston **530**. That differential pressure may be in the range of 800 to 1,500 psi. Therefore, differential pressure working across the piston **530** will cause the one or more arms **520** of the tool to move from a collapsed to an expanded position against the force of the biasing spring **540**.

Before the drilling assembly is lowered into the borehole, the function of the present invention as either an underreamer or as a stabilizer would be determined. Referring again to FIG. **1**, one example would be to use either embodiment of the tool **500**, **900** in the position of underreamer **120**, and preferably to use the second embodiment of the tool **900** in the position of stabilizer **150**. As another example, referring to FIGS. **2** and **3**, if a winged reamer **220** or a bi-center bit **320** is used instead of an underreamer **120**, the second embodiment of the tool **900** would preferably be used in the position of stabilizer **150**. As an underreamer, the preferred embodiments of the present invention are capable of underreaming a borehole to a desired diameter. As a stabilizer, the preferred embodiments of the present invention provide directional control for the assembly **100**, **200**, **300** within the underreamed borehole **25**.

In summary, the various embodiments of the expandable tool of the present invention may be used as an underreamer to enlarge a borehole below a restriction to a larger diameter. Alternatively, the various embodiments of the expandable tool may be used to stabilize a drilling system in a previously underreamed borehole, or in a borehole that is being underreamed while drilling progresses. The various embodiments of the present invention solve the problems of the prior art and include other features and advantages. Namely, the embodiments of the present expandable tool are stronger and have a higher hydraulic capacity than prior art underreamers. The preferred embodiments of the tool also provide pressure indications at the surface regarding whether the tool is collapsed or expanded. The tool preferably includes a novel assembly for moving the arms to the expanded position. Yet another advantage of the preferred embodiments is that the tool can be used in conjunction with other conventional devices such as a winged reamer or a bi-center bit to ensure that they function properly. The preferred embodiments of the tool further include one or more optimally placed and moveable nozzles for cleaning and cooling the cutting

US 7,314,099 B2

**15**

structures. Finally, the preferred embodiments of the present invention allow for adjustable expanded diameters without component changes.

While preferred embodiments of this invention have been shown and described, modifications thereof can be made by one skilled in the art without departing from the spirit or teaching of this invention. The embodiments described herein are exemplary only and are not limiting. Many variations and modifications of the system and apparatus are possible and are within the scope of the invention. Accordingly, the scope of protection is not limited to the embodiments described herein, but is only limited by the claims which follow, the scope of which shall include all equivalents of the subject matter of the claims.

What we claim as our invention is:

**1**. An expandable downhole tool for use within a well-bore, comprising:

  a tubular body having an axial flowbore extending there-through;

  at least one moveable arm; and

  a selectively actuatable sleeve that prevents or allows a differential pressure to translate the at least one move-able arm between a collapsed position and an expanded position.

**2**. The tool of claim **1** further comprising a structure for adjusting the expanded position.

**3**. The tool of claim **1** further comprising at least one nozzle that translates with the at least one moveable arm.

**4**. The tool of claim **1** further comprising a spring to bias the at least one moveable arm to the collapsed position.

**5**. The tool of claim **1** wherein the tubular body further comprises at least one axial recess for storing the at least one moveable arm in the collapsed position.

**6**. The tool of claim **1** wherein the at least one moveable arm comprises a plurality of moveable arms spaced apart circumferentially around the tool body.

**7**. The tool of claim **1** further comprising a piston that translates the at least one moveable arm from the collapsed position to the expanded position.

**8**. The tool of claim **1** wherein the at least one moveable arm engages the wellbore in the expanded position.

**9**. The tool of claim **8** wherein the at least one moveable arm includes at least one set of cutting structures for underreaming the wellbore in the expanded position.

**10**. The tool of claim **9** wherein the at least one moveable arm provides back reaming capability.

**11**. The tool of claim **9** wherein the at least one moveable arm provides gauge protection capability.

**12**. The tool of claim **8** wherein the at least one moveable arm includes at least one wear structure for stabilizing the drilling assembly within the wellbore.

**13**. The tool of claim **1** wherein the sleeve is biased to a first position that prevents fluid communication between a chamber and the flowbore.

**14**. The tool of claim **13** wherein the at least one moveable arm is prevented from translating between the collapsed position and the expanded position when the sleeve is biased to the first position.

**16**

**15**. The tool of claim **13** wherein the sleeve is selectively actuatable to a second position that allows fluid communication between the chamber and the flowbore.

**16**. The tool of claim **15** wherein the at least one moveable arm is translatable between the collapsed position and the expanded position when the sleeve is in the second position.

**17**. The tool of claim **16** further including an actuator for selectively actuating the sleeve.

**18**. The tool of claim **1** wherein the body farther comprises a plurality of angled channels.

**19**. The tool of claim **18** wherein the at least one moveable arm further comprises a plurality of extensions correspond-ing to and engaging the plurality of angled channels.

**20**. The tool of claim **1** further comprising at least one borehole engaging pad comprising wear structures.

**21**. The tool of claim **1** wherein the at least one moveable arm translates axially and radially.

**22**. A method of expanding a downhole tool within a wellbore, comprising:

  disposing the downhole tool comprising at least one moveable arm within the wellbore;

  biasing the at least one moveable arm to a collapsed position corresponding to an initial diameter of the downhole tool;

  flowing a fluid though an axial flowbore extending through the downhole tool while preventing the fluid from communicating with a different flowpath of the downhole tool;

  allowing the fluid to communicate with the different flowpath by introducing an actuator into the wellbore; and

  causing the at least one moveable arm to translate to an expanded position corresponding to an expanded diam-eter of the downhole tool.

**23**. The method of claim **22** further comprising under-reaming the wellbore in the expanded position.

**24**. The method of claim **22** further comprising stabilizing a drilling assembly connected to the downhole tool in the expanded position.

**25**. The method of claim **22** wherein the different flowpath comprises a chamber in communication with a piston engag-ing the at least one moveable arm; and

  wherein translating the at least one moveable arm to the expanded position comprises translating the piston when the fluid communicates with the chamber.

**26**. The method of claim **22** further comprising adjusting the expanded diameter.

**27**. An expandable downhole tool for use within a well-bore, comprising:

  a tubular body; and

  at least one moveable arm;

  wherein the expandable downhole tool is selectively actuatable to allow or prevent a fluid flowing through the tubular body to translate the at least one moveable arm between a collapsed position and an expanded position.

\*   \*   \*   \*   \*