# EXHIBIT C

US007314099C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (10439th)

# United States Patent
Dewey et al.

(10) Number: **US 7,314,099 C1**
(45) Certificate Issued: **Dec. 16, 2014**

(54) **SELECTIVELY ACTUATABLE EXPANDABLE UNDERREAMER/STABILIZER**

(75) Inventors: **Charles H. Dewey**, Houston, TX (US); **Wei Xu**, Houston, TX (US)

(73) Assignee: **Smith International, Inc.**, Houston, TX (US)

**Reexamination Request:**
  No. 90/012,910, Aug. 5, 2013

**Reexamination Certificate for:**
  Patent No.: **7,314,099**
  Issued: **Jan. 1, 2008**
  Appl. No.: **11/436,790**
  Filed: **May 18, 2006**

**Related U.S. Application Data**

(60) Continuation of application No. 10/841,314, filed on May 7, 2004, now Pat. No. 7,048,078, which is a division of application No. 10/078,067, filed on Feb. 19, 2002, now Pat. No. 6,732,817.

(51) Int. Cl.
  *E21B 10/32*  (2006.01)
(52) U.S. Cl.
  USPC .............................. **175/57**; 175/266; 175/269

(58) Field of Classification Search
  None
  See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,910, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Catherine S. Williams

(57) **ABSTRACT**

An expandable downhole tool comprises a tubular body having an axial flowbore extending therethrough, at least one moveable arm, and a selectively actuatable sleeve that prevents or allows the at least one moveable arm to translate between a collapsed position and an expanded position. A method of expanding the downhole tool comprises disposing the downhole tool within the wellbore, biasing the at least one moveable arm to a collapsed position corresponding to an initial diameter of the downhole tool, flowing a fluid through an axial flowbore extending through the downhole tool while preventing the fluid from communicating with a different flowpath of the downhole tool, allowing the fluid to communicate with the different flowpath by introducing an actuator into the wellbore, and causing the at least one moveable arm to translate to an expanded position corresponding to an expanded diameter of the downhole tool.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **22-26** is confirmed.

Claim **21** is cancelled.

Claims **1** and **27** are determined to be patentable as amended.

Claims **2-20**, dependent on an amended claim, are determined to be patentable.

New claims **28-57** are added and determined to be patentable.

1. An expandable downhole tool for use within a wellbore, comprising:
   a tubular body having an axial flowbore extending therethrough;
   at least one moveable arm; and
   a selectively actuatable sleeve that prevents or allows a differential pressure to translate the at least one moveable arm between a collapsed position and an expanded position, *wherein the at least one moveable arm translates axially and radially*.

27. An expandable downhole tool for use within a wellbore, comprising:
    a tubular body; and
    at least one moveable arm;
    wherein the expandable downhole tool is selectively actuatable to allow or prevent a fluid flowing through the tubular body to translate the at least one moveable arm *both axially and radially* between a collapsed position and an expanded position.

28. The tool of claim 1 wherein an actuation of the tool is detectable at a surface outside of the wellbore.

29. The tool of claim 1 wherein an actuation of the tool is detectable at a surface outside of the wellbore based on a change in fluid pressure within the tubular body.

30. The tool of claim 29 wherein the actuation of the tool is detectable at the surface of the wellbore based on a decrease in fluid pressure within the tubular body, thereby indicating that the differential pressure has translated the at least one moveable arm from a collapsed position.

31. The tool of claim 1 wherein translation of the at least one moveable arm between a collapsed position and an expanded position is in a direction that is both axial and radial to a length of the axial flowbore.

32. The tool of claim 31 wherein the at least one moveable arm translates between a collapsed position and an expanded position based on an axial force applied by a drive ring.

33. The tool of claim 32 wherein the drive ring acts against a force applied by a biasing spring in response to a differential pressure.

34. The tool of claim 32 wherein the drive ring acts against a force applied by a biasing spring as a result of actuation by an actuator.

35. The tool of claim 32 wherein the drive ring moves substantially vertically along an axial direction of the axial flowbore in response to a differential pressure and the moveable arms move both axially and radially in response to the movement of the drive ring.

36. The tool of claim 1 wherein translation of the at least one moveable arm between a collapsed position and an expanded position is in an direction that is both axial and follows at least one surface formed in the tubular body.

37. The tool of claim 1 wherein translation of the at least one moveable arm between a collapsed position and an expanded position follows a linear path that is both axial and radial to the tubular body.

38. The tool of claim 1 wherein the at least one moveable arm includes cutting structures and the tool further comprises nozzles for cooling and cleaning the cutting structures only when the tool is in a position other than the collapsed position.

39. The tool of claim 1 further comprising a plurality of moveable arms configured to translate between a collapsed position and an expanded position in response to a differential fluid pressure.

40. The tool of claim 39 wherein the plurality of arms include at least three arms and the at least three arms being disposed in a respective recess within the tubular body of the tool and being spaced at substantially equal distances from one another around the tubular body.

41. The tool of claim 40 wherein the at least three arms move both axially and radially in response to a force applied by a drive ring.

42. The tool of claim 41 wherein the drive ring moves axially along the direction of the axial flowbore in response to an actuation by an actuator.

43. The method of claim 22 further comprising providing a detectable indication of an actuation of the downhole tool at a surface outside of the wellbore.

44. The method of claim 22 further comprising providing a detectable indication of an actuation of the downhole tool at a surface outside of the wellbore based on a change in fluid pressure within a tubular body of the downhole tool.

45. The method of claim 44 wherein the step of providing a detectable indication provides an indication that the differential pressure has translated the at least one moveable arm from a collapsed position.

46. The method of claim 22 wherein the step of causing the at least one moveable arm to translate includes causing the at least one moveable arm to translate in a direction that is both axial and radial to a length of the axial flowbore.

47. The method of claim 22 wherein the step of causing the at least one moveable arm to translate includes causing the at least one moveable arm to translate to an expanded position based on an axial force applied by a drive ring.

48. The method of claim 47 wherein the drive ring acts against a force applied by a biasing spring in response to a differential pressure.

49. The method of claim 47 wherein the drive ring acts against a force applied by a biasing spring in response to the introduction of the actuator into the wellbore.

50. The method of claim 47 wherein the drive ring moves substantially vertically along an axial direction of the axial flowbore in response to a differential pressure and the moveable arms move both axially and radially in response to the movement of the drive ring.

51. The method of claim 22 wherein the step of causing the at least one moveable arm to translate to an expanded position includes causing the at least one moveable arm to trans-

late in an direction that is both axial and follows at least one surface formed in a tubular body of the downhole tool.

52. The method of claim 22 wherein the step of causing the at least one moveable arm to translate to an expanded position includes causing the at least one moveable arm to translate between a collapsed position and an expanded position along a linear path that is both axial and radial to the tubular body.

53. The method of claim 22 further comprising providing cutting structures affixed to the at least one moveable arm into the wellbore and providing nozzles for cooling and cleaning the cutting structures into the wellbore, the nozzles configured to cool and clean the cutting structures when the tool is not in the collapsed position.

54. The method of claim 22 wherein the step of disposing the downhole tool comprising at least one moveable arm includes disposing the downhole tool with a plurality of moveable arms configured to translate between a collapsed position and an expanded position in response to a differential fluid pressure.

55. The method of 54 wherein the plurality of arms include at least three arms and the at least three arms being disposed in a respective recess within the tubular body of the tool and are spaced at substantially equal distances from one another around a tubular body of the downhole tool.

56. The method of claim 55 wherein the at least three arms move both axially and radially in response to a force applied by a drive ring.

57. The method of claim 56 wherein the drive ring moves axially along the direction of the axial flowbore in response to a differential pressure applied in response to the introduction of the actuator into the wellbore.

\* \* \* \* \*