# EXHIBIT D

Drilling and Evaluation

# GaugePro XPR and XPS
## XPR Expandable Reamer and XPS Expandable Stabilizer








# GaugePro XPS

The GaugePro expandable stabilizer (XPS), from Baker Hughes increases drilling efficiency by providing BHA stabilization in the enlarged wellbore. This expandable stabilizer is designed on the same simple, robust and reliable principle as the GaugePro XPR expandable reamer. The stabilizer, when run in combination with the expandable reamer, significantly reduces upper BHA whirl, thus reducing BHA damage and further enhancing the downhole operating environment and drilling performance.

The GaugePro XPS improves performance results compared to traditional pass-thru stabilizers used above an expandable reamer.
- Increased drilling efficiency
- Reduced lateral vibration
- Minimized reamer and upper BHA
- Increased ROP for a given WOB

## Benefits:
- More surface WOB to bottom using the XPS
- Reduced BHA whirl and lateral vibration, less risk of tool joint failure above the reamer



*Backreaming Cutters*

*Double Bevel/Radius*

*All of the GaugePro XPS stabilizer blades have cutters on the back ream section. This feature helps cleaning the enlarged well bore during back reaming operations. The stabilizer blades have a double bevel/radius to assist in the prevention of drag. The stabilizer blades are 1/8 in. under gauge of the hole enlargement size of the GaugePro XPR reamer.*

*GaugePro XPS Stabilizer*

# GaugePro XPR

**Improved performance.** The Hughes Christensen GaugePro™ XPR expandable reamer, from Baker Hughes, eliminates the chronic reamer problems facing the industry: complexity, activation, downhole failures, and vibration/stability dysfunction. The concentric reamer remains closed until triggered, opens on command, reams an in-gauge hole, and closes and comes out of the hole properly. With the pilot bit design synchronized to the expandable reamer in a fit-for-purpose drilling assembly, you'll have an exceptional downhole operating environment.

## Simplified tool design
- Minimal number of parts and no complex tool mechanisms improve functional reliability and reduce operational risk
- Design synergies for Baker Hughes products
- Compatibility with all MWD/LWD systems, RSS, and performance motor-drilling assemblies

## Positive drop-ball tool activation
- Activation mechanism does not depend upon WOB, flow, or BHA pressure, eliminating premature triggering risk
- Positive, shear-screw triggering with a large, predictable (+/-5%) pressure signal that indicates activation
- After seating, ball retained by patented catch sleeve

## Cutter blade designed to use natural down-drilling forces and provide fail-safe retraction
- Blade activation enhanced by the down-drilling force, ensuring consistent cutting loads and a full-gauge hole with improved wellbore quality
- No minimum WOB required to hold blades out. Blade motion tilted upward at low angle to ensure fail-safe blade retraction

## Designed by premium drill bit manufacturer
- Optimized cutting structure designed by market-leading bit company
- Technology thoroughly proven at Baker Hughes world-class drilling rig and laboratory test facilities

## Engineered cutter layout for down-drill and backreaming using Genesis cutter technology
- Employed proven parabolic profiles for full-coverage cutting structure, balance, and improved cutter durability
- Ample blade area for large down-drill and backreaming cutting structures
- Designed for stability
- Optimized with design proprietary BHASysPro™ software for improved drilling dynamics
- Stabilization sub below cutter blades provides enhanced BHA stability and reduced vibration
- Balanced reamer design subjected to stability testing with results equivalent to PDC bits tested of same diameter

## One-piece, high-tensile steel tool bodies with no welding
- Specialized body material selected for high strength and fracture resistance
- Comprehensive FEA analysis performed for confidence in overpull, bending fatigue, and torsion
- No welding or brazing on tool body leaves no heat-affected zones, improving tool life and integrity

## System synchronization
- Exceptionally smooth drilling when pilot bit design synchronized with GaugePro XPR tool in fit-for-purpose drilling assembly
- First documented, significant vibration reduction by limiting aggressiveness of the pilot bit without reducing ROP using patented EZSteer™ depth-of-cut control technology

## Reamer hydraulics
- Proprietary Baker Hughes reamer hydraulics software predicts tool pressure drop before and after activation for confident application with MWD and other BHA components
- Nozzle locations and tilts designed using CFD to optimize hydraulics



# GaugePro XPR and XPS Specification/Imperial

| Imperial | Series 8 | Series 10 | Series 12 | Series 14 | Series 16 | Series 18 |
|---|---|---|---|---|---|---|
| | 9 7/8 in. XPR 8.500 | 12 1/4 in. XPR 10.625 | 14 3/4 in. XPR 12.250 | 17 1/2 in. XPR 14.500 | 20 in. XPR 16.500 | 22 in. XPR 18.125 |
| Hole Enlargement Range Up To | 9 7/8 in. | 12 1/4 in. | 14 3/4 in. | 17 1/2 in. | 20 in. | 22 in. |
| Pass Through Size Ø | 8 1/2 in. | 10 5/8 in. | 12 1/4 in. | 14 1/2 in. | 16 1/2 in. | 18 1/8 in. |

| Tool Dimensions | Imperial | Imperial | Imperial | Imperial | Imperial | Imperial |
|---|---|---|---|---|---|---|
| Body size diameter | 8.29 in. | 10.25 in. | 12.0 in. | 14.25 in. | 16.28 in. | 17.90 in. |
| Fishing neck diameter | 6.875 in. | 8 in. | 9 1/2 in.[1] / 8 1/4 in.[2] | 9.5 in. | 10.15 in. | 10.150 in. |
| Cutter activation pressure area | 8.82 sq. in. | 10.3 sq. in. | 17.1 sq. in. | 17.1 sq. in. | 17.1 sq. in. | 17.1 sq. in. |
| Internal bore diameter before triggering | 1.95 in. | 2.63 in. | 3.27 in. | 3.27 in. | 3.27 in. | 3.27 in. |
| Body x-section annular flow area | 12% | 12% | 12% | 14.5% | 16% | 21.80% |
| Drop-ball size (diameter) | 1.375 in. | 1.75 in. | 1.75 in. | 1.75 in. | 1.75 in. | 1.75 in. |
| Primary cutter size (diameter) | 0.5 in. | 0.63 in. | 0.63 in. | 0.63 in. | 0.63 in. | 0.63 in. |
| Number of cutter blades | 3 | 3 | 3 | 3 | 3 | 3 |
| Overall length (shoulder to shoulder) | 147.5 in. | 157.5 in. | 162.4 in. | 163.6 in. | 192.4 in. | 195.9 in. |
| Weight | 1,100 lb | 1,940 lb | 2,865 lb | 3,347 lb | 4,202 lb. | 4,668 lb. |
| Connections: pin down/box up | 4 1/2 IF API | 6 5/8 Reg API | 7 5/8 Reg API[1] / 6 5/8 Reg API[2] | 7 5/8 Reg API | 7 5/8 Reg API | 7 5/8 Reg API |

| Operational Recommendations | | | | | | |
|---|---|---|---|---|---|---|
| Maximum recommended operating flow | 800 gpm | 1,200 gpm | 1,400 gpm | 2,000 gpm | 2,000 gpm | 2,000 gpm |
| Maximum drilling torque | 23 kft-lb | 35 kft-lb | 60 kft-lb | 60 kft-lb | 60 kft-lb | 60 kft-lb |
| Make-up torque-tool subs | 36 kft-lb | 62 kft-lb | 94.7 kft-lb | 94.7 kft-lb | 94.7 kft-lb | 94.7 kft-lb |
| Make-up torque-drillstring | 30 kft-lb | 50.7 kft-lb | 79.5 kft-lb[1] / 50.7 kft-lb[2] | 79.5 kft-lb | 79.5 kft-lb | 79.5 kft-lb |
| Absolute maximum overpull | 550 klb | 800 klb | 1,400 klb | 1,400 klb | 1,400 klb | 1,400 klb |
| Recommended maximum rotary speed | 180 rpm | 140 rpm | 120 rpm | 120 rpm | 120 rpm | 120 rpm |
| Pressure drop through tool @ 10 ppg mud weight before triggering | 94 psi @ 450 gpm | 95 psi @ 750 gpm | 95 psi @ 750 gpm | 95 psi @ 750 gpm | 95 psi @ 750 gpm | 95 psi @ 750 gpm |
| Pressure drop through tool @ 10 ppg mud weight after triggering (80%-20% split) | 69 psi @ 700 gpm | 64 psi @ 900 gpm | 51 psi @ 1,000 gpm | 114 psi @ 1,500 gpm | 114 psi @ 1,500 gpm | 114 psi @ 1,500 gpm |
| Maximum △P-drill pipe to BHA below the XPR | 2,000 psi | 2,000 psi | 2,000 psi | 2,000 psi | 2,000 psi | 2,000 psi |
| Minimum △P-drill pipe to BHA below the XPR | 500 psi | 500 psi | 500 psi | 500 psi | 500 psi | 500 psi |
| Maximum recommended temperature | 325° F** | 325° F ** | 325° F** | 325° F** | 325° F** | 325° F** |

\*\* High-temperature seal available: 400° F / 200° C
[1] 7 5/8″ Reg Make-up Torque
[2] 6 5/8″ Reg Make-up Torque

## Metric

| | Series 8 | Series 10 | Series 12 | Series 14 | Series 16 | Series 18 |
|---|---|---|---|---|---|---|
| | 9 7/8 in. XPR 8.500 | 12 1/4 in. XPR 10.625 | 14 3/4 in. XPR 12.250 | 17 1/2 in. XPR 14.500 | 20 in. XPR 16.500 | 22 in. XPR 18.125 |
| Hole Enlargement Range Up To | 9 7/8 in. | 12 1/4 in. | 14 3/4 in. | 17 1/2 in. | 20 in. | 22 in. |
| Pass Through Size Ø | 8 1/2 in. | 10 5/8 in. | 12 1/4 in. | 14 1/2 in. | 16 1/2 in. | 18 1/8 in. |

| Tool Dimensions | Metric | Metric | Metric | Metric | Metric | Metric |
|---|---|---|---|---|---|---|
| Body size diameter | 210.6 mm | 260.4 mm | 304.8 mm | 362 mm | 413.5 mm | 454.6 mm |
| Fishing neck diameter | 175 mm | 203 mm | 241 mm[1] / 210 mm[2] | 241 mm | 257.8 mm | 257.8 mm |
| Cutter activation pressure area | 5,691 sq. mm | 6,646 sq. mm | 11,033 sq. mm | 11,033 sq. mm | 11,033 sq. mm | 11,033 sq. mm |
| Internal bore diameter before triggering | 49.5 mm | 66.8 mm | 83.1 mm | 83.1 mm | 83.1 mm | 83.1 mm |
| Body x-section annular flow area | 12% | 12% | 12% | 14.5% | 16% | 21.80% |
| Drop-ball size (diameter) | 34.9 mm | 44.5 mm | 44.5 mm | 44.5 mm | 44.5 mm | 44.5 mm |
| Primary cutter size (diameter) | 13 mm | 16 mm | 16 mm | 16 mm | 16 mm | 16 mm |
| Number of cutter blades | 3 | 3 | 3 | 3 | 3 | 3 |
| Overall length (shoulder to shoulder) | 3,747 mm | 4,001 mm | 4,125 mm | 4,155 mm | 4,877 mm | 4,976 mm |
| Weight | 499 kg | 880 kg | 1,300 kg | 1,518 kg | 1,906 kg | 2,117 kg |
| Connections: pin down/box up | 4 1/2 IF API | 6 5/8 Reg API | 7 5/8 Reg API[1] / 6 5/8 Reg API[2] | 7 5/8 Reg API | 7 5/8 Reg API | 7 5/8 Reg API |

| Operational Recommendations | | | | | | |
|---|---|---|---|---|---|---|
| Maximum recommended operating flow | 3,028 lpm | 4,542 lpm | 5,300 lpm | 7,571 lpm | 7,571 lpm | 7,571 lpm |
| Maximum drilling torque | 31.2 kNm | 47.5 kNm | 81.3 kNm | 81.3 kNm | 81.3 kNm | 81.3 kNm |
| Make-up torque-tool subs | 48.8 kNm | 84.1 kNm | 128 kNm | 128 kNm | 128 kNm | 128 kNm |
| Make-up torque-drillstring | 40.7 kNm | 68.7 kNm | 107.8 kNm[1] / 68.7 kNm[2] | 107.8 kNm | 107.8 kNm | 107.8 kNm |
| Absolute maximum overpull | 249 tonne | 363 tonne | 635 tonne | 635 tonne | 635 tonne | 635 tonne |
| Recommended maximum rotary speed | 180 rpm | 140 rpm | 120 rpm | 120 rpm | 120 rpm | 120 rpm |
| Pressure drop through tool @ 1.25 sg mud weight before triggering | 6.5 bar @ 1,703 lpm | 6.6 bar @ 2,839 lpm | 6.6 bar @ 2,839 lpm | 6.6 bar @ 2,839 lpm | 6.6 bar @ 2,839 lpm | 6.6 bar @ 2,839 lpm |
| Pressure drop through tool @ 1.25 sg mud weight after triggering (80%-20% split) | 4.8 bar @ 2,650 lpm | 4.4 bar @ 3,407 lpm | 3.5 bar @ 3,785 lpm | 7.9 bar @ 5,678 lpm | 7.9 bar @ 5,678 lpm | 7.9 bar @ 5,678 lpm |
| Maximum △P-drill pipe to BHA below the XPR | 138 bar | 138 bar | 138 bar | 138 bar | 138 bar | 138 bar |
| Minimum △P-drill pipe to BHA below the XPR | 34.5 bar | 35.5 bar | 34.5 bar | 34.5 bar | 34.5 bar | 34.5 bar |
| Maximum recommended temperature | 163° C** | 163° C** | 163° C** | 163° C** | 163° C** | 163° C** |

** High-temperature seal available: 400° F / 200° C
[1] 7 5/8" Reg Make-up Torque
[2] 6 5/8" Reg Make-up Torque

Document #XPR-22638 rev0A



Disclaimer of Liability:  This information is provided for general information purposes only  and is believed to be accurate as of the date hereof; however, Baker Hughes Incorporated and its affiliates do not make any warranties or representations of any kind regarding the information and disclaim all express and implied warranties or representations to the fullest extent permissible by law, including those of merchantability, fitness for a particular purpose or use, title, non-infringement, accuracy, correctness or completeness of the information provided herein. All information is furnished "as is" and without any license to distribute. The user agrees to assume all liabilities related to the use of or reliance on such information. BAKER HUGHES INCORPORATED AND ITS AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES FROM ANY CAUSE WHATSOEVER INCLUDING BUT NOT LIMITED TO ITS NEGLIGENCE.

www.bakerhughes.com

© 2011 Baker Hughes Incorporated. All rights reserved. 31416