IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 16-56 (SLR) (SRF) |
| ) | |
| BAKER HUGHES INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF SUBSEQUENT DEVELOPMENTS REGARDING
INTER PARTES REEXAMINATION PROCEEDINGS AND APPEAL STATUS**

Pursuant to D. Del. LR 7.1.2(b), Defendant Baker Hughes Incorporated submits this notice to inform the Court about proceedings at the Patent Trial and Appeal Board ("PTAB") and the Federal Circuit relating to the claims at issue in this case.

In two separate Decisions issued on February 2 and 6, 2017 (attached hereto as Exhibits A and B), the PTAB instituted *inter partes* reexamination on claims 1, 4, 7, 8, 18, 19, 22, 27, 31-37, 39-42, 50-52, and 54-55 of U.S. Patent No. 7,314,099 because "there is a reasonable likelihood that Petitioner would prevail in showing the unpatentability" of the identified claims.[1]  The two IPR proceedings are set for hearing on November 9, 2017.

The other asserted patent in this case, U.S. Patent No. 6,732,817, was subject to *ex parte* reexamination proceedings at the U.S. Patent and Trademark Office where many claims stood rejected.  Plaintiff has appealed the rejection of claims 28-36, 39-46, 49-50, 79-81, and 93-100 to the Federal Circuit.[2]  Briefing in that matter was completed on February 16, 2017, but the case has yet to be set for oral argument.

---

[1]    *See* IPR2016-01440 and IPR2016-01452.

[2]    *See* Federal Circuit Appeal No. 2016-2303.

These three proceedings raise serious questions as to the patentability of a large number of the asserted claims at issue in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

OF COUNSEL:

*Attorneys for Defendant*

J. Clifford Gunter III
Stephen B. Crain
Christopher A. Shield
L. Andrew Taggart
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2770
(713) 223-2300

Chad Ennis
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX  78701-4061
(512) 472-7800

February 23, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 23, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John R. Keville, Esquire<br>Tyler T. VanHoutan, Esquire<br>WINSTON & STRAWN LLP<br>1111 Louisiana Street, 25th Floor<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)