IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH INTERNATIONAL, INC., <br><br> Plaintiff, <br> V. <br><br> BAKER HUGHES, A GE COMPANY, LLC, <br><br> Defendant. | Civ. A. No. 16:56-ER |

**PLAINTIFF SMITH INTERNATIONAL INC.'S**
<u>**NOTICE OF DEPOSITION OF STEVE RADFORD**</u>

**PLEASE TAKE NOTICE** that Plaintiff Smith International, Inc., will take the deposition of Steve Radford pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition shall commence at 9:00 a.m. MST on November 30, 2018 at the offices of TraskBritt, 230 South 500 East, Suite 300, Salt Lake City, UT 84102.

The deposition will be taken before an officer authorized to administer oaths, stenographically recorded and videotaped, and otherwise in accordance with the Federal Rules of Civil Procedure, will continue from day to day thereafter until completed.

DATED:  November 19, 2018						Respectfully submitted,

*/s/John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgmhlaw.com
mch@pgmhlaw.com

*ATTORNEYS FOR PLAINTIFF*
*SMITH INTERNATIONAL, INC.*