# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITH INTERNATIONAL, INC. | |
| Plaintiff, | |
| v. | C.A. No. 16-56-ER |
| BAKER HUGHES, A GE COMPANY, LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2019, copies of:

*Defendant Baker Hughes, a GE Company's List of Rebuttal Fact Witnesses to Be Called at Trial*,

were caused to be served upon the following counsel of record by e-mail:

*For Plaintiff, Smith International, Inc.:*

| | |
|---|---|
| John C. Phillips, Jr. | *jcp@pgmhlaw.com* |
| Megan C. Haney | *mch@pgmhlaw.com* |

**PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.**
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

| | |
|---|---|
| John R. Keville | *jkeville@winston.com* |
| Michelle C. Replogle | *mreplogle@winston.com* |
| Renee T. Wilkerson | *rwilkerson@winston.com* |
| Robert L. Green | *rlgreen@winston.com* |
| Michael C. Krill | *mkrill@winston.com* |

**WINSTON & STRAWN LLP**
1111 Louisiana St., 25th Floor
Houston, TX 77002

In addition, this Notice of Service was served upon the above listed counsel of record by email on August 15, 2019.

| | |
|---|---|
| DATED:  August 15, 2019 | **YOUNG CONAWAY STARGATT &TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) |
| J. Clifford Gunter III | Robert M. Vrana (# 5666) |
| Stephen B. Crain | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| Christopher A. Shield | Rodney Square |
| Richard F. Whiteley | 1000 North King Street |
| Ryan B. McBeth | Wilmington, Delaware 19801 |
| L. Andrew Taggart | (302) 571-6600 |
| Stacianne M. Wilson | kpascale@ycst.com |
| **BRACEWELL LLP** | rvrana@ycst.com |
| 711 Louisiana Street, Suite 2300 | |
| Houston, TX 77002-2770 | *Attorneys for Defendant,* |
| (713) 223-2300 | *Baker Hughes, a GE Company, LLC* |
| clifford.gunter@bracewell.com | |
| stephen.crain@bracewell.com | |
| chris.shield@bracewell.com | |
| richard.whiteley@bracewell.com | |
| ryan.mcbeth@bracewell.com | |
| drew.taggart@bracewell.com | |
| staci.wilson@bracewell.com | |

Anthony F. Matheny
**MATHENY LEGAL SERVICES AND CONSULTING, PLLC**
5955 Woodway Dr.
Houston, Texas 77057
Telephone: 713-817-7062
anthony@mathenylegal.com