IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SMITH INTERNATIONAL, INC.  :
                           :   CIVIL ACTION NO.
    v.                     :
                           :   16-0056
BAKER HUGHES INCORPORATED  :

ORDER

**AND NOW**, this **17th** day of **August, 2020**, upon consideration of Defendant's motion for partial summary judgment to limit damages (ECF No. 198), and the responses and replies thereto, it is hereby **ORDERED** that the motion is **DENIED.**[1]

---

[1] The parties dispute whether the merging of dependent claims into independent claims during the patent reexaminations, in order to make the independent claims patentable, substantially modified the patents such that the scopes of the patents were changed and Plaintiff's damages are, thus, limited to the date of the amendments.

In a case that remains precedential, the Federal Circuit concluded clearly and succinctly that merging a dependent claim with an independent claim, without more, does not change the scope of a patent. Bloom Eng'g Co. v. N. Am. Mfg. Co., 129 F.3d 1247, 1250 (Fed. Cir. 1997) ("The district court held that the change from the term 'furnace' in original claims 2 and 13 to 'radiant tube,' the only limitation in original dependent claims 7 and 18, constituted a substantive change. That is incorrect, for by this change Bloom did no more than restate original claims 7 and 18 in independent form. As stated in 35 U.S.C. § 112 ¶ 4, a dependent claim incorporates by reference all of the limitations of the claim from which it depends. Bloom achieved the same result by moving the 'radiant tube' element from dependent claims 7 and 18 into their associated independent claims. Thus this change, standing alone, did not change the scope of original claims 7 and 18.").

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,  J.**

---

Defendant's motion must be denied as the claims at issue were not substantially modified and Plaintiff's damage claims are not limited to the date of the amendments.

2