IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SMITH INTERNATIONAL, INC.      :
                               :   CIVIL ACTION NO.
    v.                         :
                               :   16-cv-0056
BAKER HUGHES INCORPORATED      :

**ORDER**

**AND NOW**, this **4th** day of **February, 2021**, although this case is ready for final disposition, the likelihood of a jury trial in the near future is highly uncertain given the Covid-19 pandemic and the backlog it has created. Considering that reality and given the availability of an experienced mediator, it is hereby **ORDERED** that the Hon. Gregory M. Sleet (Ret.) of JAMS is **APPOINTED** as the mediator in this case. Chief Judge Sleet (Ret.) may set any terms and conditions that he determines will be helpful in the mediation and shall report to the Court ex parte from time to time concerning the status of mediation.[1]

It is further **ORDERED** that the action is **STAYED** until further order of the Court.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,   J.**

---

[1] This case is in a nearly identical procedural posture as Baker Hughes Oilfield Operations LLC, v. Smith International, Inc., Case No. 16-cv-1956 in the United States District Court for the Southern District of Texas and involves the same parties and related technology. After consultation with the sitting judge in that case, the Honorable Gray H. Miller, Chief Judge Sleet (Ret.) is authorized to mediate the two cases jointly at his discretion.